UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| MICHELLE GOMEZ,<br><br>    Plaintiff,<br><br>v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>    Defendant. | No. EDCV 08-1710 CJC (FFM)<br><br>JUDGMENT OF REMAND |

The Court having entered an Order pursuant to Sentence 4 of 42 U.S.C. § 405(g).

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the Order dated March 31, 2010.

DATED: March 31, 2010

                            /S/ FREDERICK F. MUMM
                            FREDERICK F. MUMM
                            United States Magistrate Judge